AO 450 Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JAMES THOMAS DEMETRES,

    Plaintiff,

                                  CIVIL ACTION NO. 2:13cv155

EAST WEST CONSTRUCTION, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    **Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** on decision of the Court, the Defendant's Motion to Dismiss is GRANTED, and the case is DISMISSED for lack of subject matter jurisdiction in this federal court in the Eastern District of Virginia.

   January 28, 2014                        FERNANDO GALINDO, CLERK
Date

                                       By:        /s/
                                                   R. Simmons, Deputy Clerk